Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

OCALA Division

FILED - USDC - FLMD - OC
AUG 19 2024 PM12:0?

Plaintiff(s): **HANEEF SHAKEEL JACKSON BEY**

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): **SAMUEL LEAPER**

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **5:24-CV-433-JLB PRL**
(to be filled in by the Clerk's Office)

**NOTICE**

PLAINTIFF PETITION FEDERAL LAWSUIT AGAINST FEDERAL EMPLOYEES UNDER BIVENS ACTION FOR CLASS OF ONE EQUAL PROTECTION AND CRUEL AND UNUSUAL PUNISHMENTS INFLICTED UPON HIM BY DEFENDANT'S DELEBERATE INDIFFRENCE TO SERIOUS MEDICAL NEEDS, etc. PLAINTIFF SEEKS INJUNCTION AND PUNITIVE DAMAGES AGAINST DEFENDANTS. FIVE PAGE SUPPLEMENTAL BRIEF IN SUPPORT ATTACHED. PLAINTIFF IS IN ADMINISTRATIVE SEGREGATION PENDING TRANSFER TO ANOTHER PRISON; UNKNOWN LOCATION TO PLAINTIFF.

* **PLAINTIFF's LIFE/SAFTEY IS IN SERIOUS DANGER** *
UNIT TEAM REFUSING PERTINENT DOCUMENTS.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

* SEE SWORN AFFIDAVIT GIVEN TO THIS COURT IN JACKSONBEY v. U.S. Govt., 5:24-cv-378-PGR-PRL,2024 *

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: HANEEF SHAKEEL JACKSONBEY
- All other names by which you have been known:
- ID Number: 10320 027
- Current Institution: UNITED STATES PENITENTIARY
- Address:

City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: SAMMEL LEAPER
- Job or Title *(if known)*: FEDERAL OFFICER - DRUG TREATMENT SPECIALIST
- Shield Number:
- Employer: U.S. DEPARTMENT OF JUSTICE / FBOP
- Address:

City / State / Zip Code
[✓] Individual capacity   [✓] Official capacity

**Defendant No. 2**
- Name: CASEY FRANK
- Job or Title *(if known)*: FEDERAL EMPLOYEE - REGISTERED NURSE
- Shield Number:
- Employer: U.S. DEPARTMENT OF JUSTICE / FBOP
- Address:

City / State / Zip Code
[✓] Individual capacity   [✓] Official capacity

Defendant No. 3
Name: R. DURR
Job or Title (if known): FEDERAL EMPLOYEE - REGISTERED NURSE
Shield Number:
Employer: U.S. DEPARTMENT OF JUSTICE / FBOP
Address:

City    State    Zip Code
☑ Individual capacity    ☑ Official capacity

Defendant No. 4
Name: C. EDWARDS
Job or Title (if known): FEDERAL EMPLOYEE - REGISTERED NURSE
Shield Number:
Employer: U.S. DEPARTMENT OF JUSTICE / FBOP
Address:

City    State    Zip Code
☑ Individual capacity    ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☑ Federal officials (a *Bivens* claim) -- JURY TRIAL

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? CLASS OF ONE EQUAL PROTECTION VIOLATION AND CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT TO THE U.S. CONSTITUTION.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

DEFENDANTS WERE EMPLOYEED AS FEDERAL EMPLOYEES BY THE U.S. DEPARTMENT OF JUSTICE TO THE FEDERAL BUREAU OF PRISONS.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

SEE BRIEF PG 2.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

IBID

C. What date and approximate time did the events giving rise to your claim(s) occur?

IBID PG 3

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

IBID PG 3-5

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

ON GOING PAIN AND SUFFERING TO STOMACH-ABDOMEN AREA. PAINFUL DISCOMFORTS, NUMBNESS AND LOSS OF FEELINGS AND SWELLING AND CUTS IN BOTH WRIST AND ANKLES AND URINATION ON SELF WHILE IN FOUR POINT RESTRAINT TREATMENTS REFUSED BY EMPLOYEES DUE TO STAFF MISCONDUCTS.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

A COURT INJUNCTION STOPPING THE GENERATION OF SAID FALSIFIED DOCUMENTS, AND $1.5 MILLION DOLLARS FROM EACH DEFENDANT FOR PUNITIVE DAMAGES SUFFERED FOR INTENTIONAL VIOLATIONS, AND ANY OTHER AVAILABLE RELIEFS.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   UNITED STATES PENITENTIARY -- TERRE HAUTE

2. What did you claim in your grievance?

   FALSIFICATION OF FEDERAL DOCUMENTS DENIAL OF MEDICAL TREATMENT FOR SERIOUS MEDICAL NEEDS.

3. What was the result, if any?

   WARDEN CLAIMS TO HAVE MATTER UNDER INVESTIGATION

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
   UNIT TEAM WILL NOT PROVIDE INMATE ACCOUNT TRANSACTION HISTORY REPORT. RECENTLY DENIED ACCESS TO GRIEVANCE PROCESS AND HAD DEATH THREATS MADE TO "BY COUNSELOR AND UNIT MANAGER [D. JONES & J. POTTS] IF THEY LEARNED THAT PLAINTIFF FILED ANY MORE FORMAL COMPLAINTS AGAINST B.O.P. COLLEAGUES.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
   PSYCHOLOGIST DR. B. KENNEDY ON AUGUST 8, 2024. HE TOOK NOTES AND ADVISED ADMINISTRATIVE REMEDY.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
   TERRE HAUTE REMEDY WAS FULLY EXHAUSTED AT THE TERRE HAUTE U.S.P.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes (crossed out)
☐ No (crossed out)

"NO"
ERROR

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit (crossed out)
   Plaintiff(s)  HANEEF SHAKEEL JACKSON BEY
   Defendant(s)  UNITED STATES GOVERNMENT

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending? (crossed out)
   ☒ Yes
   ☐ No (crossed out)

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   HANEEF SHAKEEL JACKSON BEY
   Defendant(s)   UNITED STATES GOVERNMENT

2. Court *(if federal court, name the district; if state court, name the county and State)*

   SOUTHERN DIST. OF INDIANA, DIST. OF ARIZONA, MIDDLE DIST. OF FLORIDA

3. Docket or index number

   2:23-CV-00190-MPB-MKK; AND 4:22-CV-00347-RCC; AND 5:24-CV-378-PGB-PRL.

4. Name of Judge assigned to your case

   JUDGE M. BROOKMAN, JUDGE R. COLLINS

5. Approximate date of filing lawsuit
   2022, 2023, 2024

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 9, 2024 Friday

Signature of Plaintiff: *Haneef S. Jackson Bey*
Printed Name of Plaintiff: HANEEF SHAKEEL JACKSON BEY
Prison Identification #: 10320027
Prison Address: P.O. BOX 1034
Coleman, FL 33521
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

PG.1 §5 HANEEF SHAKEEL JACKSONBEY, PLAINTIFF V. SAMUEL LEAPER; CASEY FRANK; R. DURR; C. EDWARDS; J. LEAR; R. JONES; G. PETERS; AND CARLEY BEAL, DEFENDANTS.

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA -- OCALA DIVISION

Civil Rights Violation Complaint

Under Bivens

SUPPLEMENTAL BRIEF          NO _____

I. THE DEFENDANTS - B, CONTINUED

DEFENDANT NO. 5

NAME: J. LEAR -- INDIVIDUAL & OFFICIAL CAPICITY
JOB/TITLE: FEDERAL EMPLOYEE - REGISTERED NURSE
ADDRESS: U.S. DEPARTMENT OF JUSTICE / FBOP
CITY:
STATE/ZIP:


DEFENDANT NO. 6

NAME: R. JONES -- INDIVIDUAL & OFFICIAL CAPACITY
JOB/TITLE: FEDERAL EMPLOYEE - REGISTERED NURSE
ADDRESS: U.S. DEPARTMENT OF JUSTICE / FBOP
CITY:
STATE/ZIP:


DEFENDANT NO. 7

NAME: G. PETERS -- INDIVIDUAL & OFFICIAL CAPACITY
JOB/TITLE: FEDERAL EMPLOYEE - REGISTERED NURSE
ADDRESS: U.S. DEPARTMENT OF JUSTICE / FBOP
CITY:
STATE/ZIP:

PG2°'S  DEFENDANT NO. 8
   NAME: CARLEY BEAL -- INDIVIDUAL & OFFICIAL CAPACITY
   JOB/TITLE: FEDERAL EMPLOYEE - REGISTERED NURSE
   ADDRESS: U.S. DEPARTMENT OF JUSTICE / FBOP
   CITY:
   STATE/ZIP:

II. CAUSE AND JURISDICTION ]

PLAINTIFF; A PRISONER INCARCERATED TO THE DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS DURING THE TIME OF THE INCIDENTS IN THIS COMPLAINT, IS SUING DEFENDANTS FOR PUNITIVE ACCOUNTABILITY BECAUSE THEY WILLFULLY COMMITTED DELIBERATE INDIFFRENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS AND CLASS OF ONE EQUAL PROTECTION VIOLATIONS, SUBJECTING HIM TO CRUEL AND UNUSUAL PUNISHMENTS IN VIOLATION OF THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

DEFENDANTS ARE NAMED IN THIS COMPLAINT AS A COLLECTIVE WHOLE BECAUSE THEY USED THEIR POSITIONS OF FEDERAL EMPLOYEMENT TO CARRY OUT SAID CONSTITUTIONAL VIOLATIONS UPON THE PLAINTIFF.

THEREFORE PLAINTIFF; AS A PRO SE LITIGANT, ASSERTS HIS RIGHT TO RELIEF IN THIS FEDERAL COURT AGAINST THE DEFENDANTS, JOINTLY IN THIS COMPLAINT; BECAUSE THIS QUESTIONS OF FEDERAL LAW AND FACTS TO THEM WILL ARISE IN THIS ACTION.

IV. STATEMENT OF CLAIM ] DECLARED PURSUANT TO 28 USC §1746:

ON AUGUST 7, 2024 PLAINTIFF OBTAINED INTERNAL DOCUMENTS GENERATED BY THE FEDERAL BUREAU OF PRISONS THAT WERE FALSIFIED BY THE DEFENDANTS ON THE DATES OF MARCH 14,

\*1. SAID INTERVIEW NEVER OCCURRED. THE DEFENDANT APPROACHED PLAINTIFF'S SHU DOOR AND PLAINTIFF DECLINED TO SPEAK TO DEFENDANT.

Pg 3 of 5  2022; MARCH 16, 2022; APRIL 8, 2022; APRIL 15, 2022; JANUARY 30, 2023; MAY 19, 2023; AND SEPTEMBER 18, 2023.

ON SEPTEMBER 18, 2023 DEFENDANT SAMUEL LEAPER WILLFULLY USED HIS POSITION OF EMPLOYMENT AND INTENTIONALLY FALSIFIED PLAINTIFF'S BUREAU OF PRISON'S PSYCHOLOGY RECORDS CLAIMING THAT ON THAT DAY HE PERSONALLY CONDUCTED AN INTERVIEW WITH PLAINTIFF.*1 DEFENDANT LEAPER INTENTIONALLY FALSIFIED FABRICATED FACTS; WITH MALICIOUS INTENTS, THAT RAISES TO THE LEVEL OF CONSCIOUS SHOCKING SLANDER AND DEFAMATION OF CHARACTER PERTAINING TO THE PLAINTIFF'S PARENTS, HIS FAMILY, HIS PERSONAL LIFE AND THE CURRENT FEDERAL OFFENSE FOR WHICH THE PLAINTIFF IS INCARCERATED FOR.

ON MAY 19, 2023 DEFENDANT J. LEAR WILLFULLY USED HIS POSITION OF EMPLOYEMENT AND INTENTIONALLY FORGED PLAINTIFF'S SIGNATURE ON A FEDERAL BUREAU OF PRISONS DOCUMENT; TITLED BP-S358.060 MEDICAL TREATMENT REFUSAL. DEFENDANT FALSELY INSERTED THAT PLAINTIFF STATED "I DO NOT WANT TO HAVE A COLONOSCOPY & EGD". THE FORM INDICATES THAT 'FEDERAL BUREAU OF PRISONS MEDICAL STAFF MEMBERS HAVE CAREFULLY EXPLAINED TO ME THAT -- ALL COMPLICATIONS INCLUDING BUT NOT LIMITED TO WORSENING OF CURRENT CONDITION AND MORBIDITY -- MAY RESULT BECAUSE OF MY REFUSAL TO ACCEPT TREATMENT [AND THAT] I UNDERSTAND THE POSSIBLE CONSEQUENCES LISTED ABOVE, AND STILL REFUSE TREATMENT [AND] ASSUME ALL RESPONSIBILITY FOR MY CONDITION, AND RELEASE THE BUREAU OF PRISONS AND ITS EMPLOYEES FROM ANY AND ALL LIABILITY..."

ON JANUARY 30, 2023 DEFENDANT CASEY FRANK WILLFULLY USED HER POSITION OF EMPLOYEMENT AND INTENTIONALLY FALSIFIED FEDERAL BUREAU OF PRISONS DOCUMENT BP-S358.060; TITLED

United States District Court
for the
Middle District of Florida
Ocala Division

Haneef Shakeel JacksonBey V. Samuel Leaper, et. al.

### Certificate of Service

I certify under the federal penalties of perjury; pursuant to Title 28 U.S.C. § 1746, that the foregoing civil rights complaint and its attachment -- a five page supplemental brief, was mailed to the office of the above clerk -- addressed below, by way of U.S.P. Coleman-2's Special Housing Unit's legal mail system on __08.09.24__ for processing and response. U.S. First Class postage paid in full. All documents handwritten in script that is consistent with this certificate.

### Notice

Be advised that Plaintiff is currently detained in Administrative Segregation pending transfer to a location whose address is unknown to him. If needed he may be found via BOP Inmate Locator Services.

Mailed to:
Clerk's Office to the
U.S. Courthouse
207 NW Second Street RM 337
Ocala, FL. 33925

s/ Haneef S. JacksonBey
Haneef Shakeel JacksonBey
U.S. Prisoner 10320-027
U.S.P.-2 P.O. Box 1034
Coleman, FL. 33521

1 of 1

PG 4 of 5  MEDICAL REFUSAL. THE DEFENDANT INTENTIONAL FALSIFIED THAT PLAINTIFF "DECLINED A DIGITAL RECTAL EXAM / PROSTATE EXAM REPORTING [PLAINTIFF WAS] ONLY AGREEABLE TO A VISUAL EXAM OF RECTUM." AND THAT "FEDERAL BUREAU OF PRISONS MEDICAL STAFF MEMBERS HAVE CAREFULLY EXPLAINED THAT WORSENED CONDITION, MISSED DIAGNOSIS, COMPLICATIONS AND DEATH MAY RESULT BECAUSE OF [PLAINTIFF'S] REFUSAL TO ACCEPT TREATMENT." DEFENDANT FORGED A REFUSAL SIGNATURE.

ON APRIL 15, 2022 DEFENDANT R. DURR WILLFULLY USED HIS POSITION OF EMPLOYEMENT AND INTENTIONALLY FALSIFIED FEDERAL BUREAU OF PRISONS DOCUMENT BP-S358.060; TITLED MEDICAL TREATMENT REFUSAL. THE DEFENDANT INTENTIONALLY FALSIFIED THAT PLAINTIFF REFUSED A COLONOSCOPY AND THAT "FEDERAL BUREAU OF PRISONS MEDICAL STAFF MEMBERS HAVE CAREFULLY EXPLAINED TO [PLAINTIFF] THAT WORSENING OF CONDITION, UP TO AND INCLUDING DEATH, MISSED DIAGNOSIS MAY RESULT BECAUSE OF REFUSAL TO ACCEPT TREATMENT." AND THAT "I UNDERSTAND THE POSSIBLE CONSEQUENCES, LISTED ABOVE, AND STILL REFUSE TREATMENT, [AND] ASSUME ALL RESPONSIBILITY FOR CONDITION, AND RELEASE THE BUREAU OF PRISONS AND ITS EMPLOYEES FROM ANY AND ALL LIABILITY." DEFENDANT FORGED A REFUSAL SIGNATURE FOR PLAINTIFF.

ON MARCH 16, 2022 DEFENDANT C. EDWARDS WILLFULLY USED HER POSITION OF EMPLOYEMENT AND INTENTIONALLY FALSIFIED A FEDERAL BUREAU OF PRISON MEDICAL REFUSAL TREATMENT DOCUMENT STATING THAT PLAINTIFF REFUSED LABORATORY TEST AND THAT "REFUSING YOUR LAB TEST COULD RESULT IN HEALTH FAILURE AND DEATH." DEFENDANT FORGED A SIGNATURE FOR PLAINTIFF.

ON MARCH 16, 2022 DEFENDANT R. JONES WILLFULLY USED HIS POSITION OF EMPLOYEMENT AND INTENTIONALLY FALSIFIED

PG5°F5 A sensitive Federal Bureau of Prisons document sent to 'FMC Rochester' in Rochester, MN 55904, stating that Plaintiff "refused [and that the] Comprehensive Metabolic Profile, Lipid Profile, Vitamin D, 25-Hydroxy, CBC, Hemoglobin A1C have been canceled.

On March 14, 2022 Defendant Carly Beal willfully used her position of employement and intentionally falsified a Bureau of Prisons Health Services Clinical Encounter reporting that on 03/14/2022 07:00 during her restraint check of Plaintiff "in 4 point hard restraints -- restraints [were] loose enough to provide adequate circulation." That Plaintiff reported no pain and had "no complaint(s)" but that Plaintiff was "yelling during assessment".

On April 8, 2022 Defendant G. Peters willfully used her position of employement and intentionally falsified a Bureau of Prisons Clinical Encounter Administrative note stating that the Plaintiff "was observed standing in the corner leering at [Defendant] with his hands in in pants" and that "medical contacted corridor to step down and take [Plaintiff] to the [Lieutenant's] Holding Cell." The Defendant ~~HB~~ falsified that "Medical staff advised [Plaintiff] to hold blood thinners due to an upcoming appointment and [Plaintiff] continued to glare at [Defendant] with no verbalization of understanding despite being told multiple times." Causing for Plaintiff to be denied his medical appointment for the date and time.

DATE: 08/09/2024

-- One (1) abbreviated redaction made to this document by Plaintiff.

s/ Haneef S. Jackson Bey
HANEEF SHAKEEL JACKSON BEY

HANEEF SHAKUR ABDULLAH
U.S. PRISONER 10320-027
FEDERAL CORRECTIONAL COMPLEX
UNITED STATES PENITENTIARY - 2
P.O. BOX 1034
COLEMAN, FL. 33521

TAMPA FL 335
SAINT PETERSBURG FL
15 AUG 2024 PM 3 L

**SCREENED By USMS**

SPECIAL LEGAL MAIL
MATERIAL ENCLOSED
GIVEN TO STAFF WHILE
IN SHU UNIT F263
ON 8.9.24

CLERK'S OFFICE TO THE
U.S. COURTHOUSE
207 N.W. SECOND STREET
ROOM 337
OCALA, FL. 33475

34475-660399

**FCC COLEMAN MAILRROM**
846 NE 54th TERRACE
COLEMAN, FL 33521

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING. THE LETTER HAS BEEN NEITHER OPENED OR INSPECTED. IF THE WRITER RAISES A QUESTION OR A PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION. YOU MAY WISH TO RETURN THE MAIL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDDRESSEE. PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

8-14-19
DATE                MAILROOM STAFF